HENRY *et al. v.* GULF, MOBILE & O. R. Co.

(Division A. Oct. 20, 1947. Suggestion of Error Overruled Nov. 24, 1947.)

[32 So. (2d) 199. No. 36480.]

**Adams & Long** and **James A. Finley,** all of Tupelo, for appellants.

**John R. Anderson,** of Tupelo, and **Carl Fox,** of Mobile, Ala., for appellee.

Argued orally by **James A. Finley**, for appellants, and by **Carl Fox**, for appellee.

**Sydney Smith, C. J.**, delivered the opinion of the court.

The decree of the court below rests upon conflicting evidence of such character that it cannot be said to be manifestly wrong, if wrong at all; consequently, it must be affirmed without any necessity for the decision of the other legal questions presented.

Affirmed.